Certificate Number: 15317-PAM-DE-036906187

Bankruptcy Case Number: 17-02563


15317-PAM-DE-036906187

# C<span style="font-variant:small-caps">ERTIFICATE</span> O<span style="font-variant:small-caps">F</span> D<span style="font-variant:small-caps">EBTOR</span> E<span style="font-variant:small-caps">DUCATION</span>

I CERTIFY that on <u>October 16, 2022</u>, at <u>2:10</u> o'clock <u>PM PDT</u>, <u>John B Chilson</u> completed a course on personal financial management given <u>by internet</u> by <u>Access Counseling, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date: <u>October 16, 2022</u>　　　By: <u>/s/Christel Raz</u>

　　　　　　　　　　　　　　　Name: <u>Christel Raz</u>

　　　　　　　　　　　　　　　Title: <u>Counselor</u>