United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                                   Case No. 17-02563-MJC

John Bruce Chilson                                          Chapter 13

Terry Lee Chilson

      Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5                               User: AutoDocke                                    Page 1 of 3
Date Rcvd: Oct 20, 2022                      Form ID: 3180W                                  Total Noticed: 40

The following symbols are used throughout this certificate:
**Symbol**       **Definition**

\+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++              Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^                Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 22, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | John Bruce Chilson, Terry Lee Chilson, 308 West Butler Drive, Drums, PA 18222-2313 |
| 4936212 | + | Home Furnish, Attention: Legal, 5324 Virginia Beach Boulevard, Virginia Beach, VA 23462-1828 |
| 4936220 | + | PNC Bank Credit Card, Po Box 5570, Mailstop BR- YB58-01-5, Cleveland, OH 44101-0570 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: AIS.COM | Oct 20 2022 22:43:00 | Capital One Bank (USA) N.A Cabelas Club Visa by Am, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 4936198 | + | EDI: GMACFS.COM | Oct 20 2022 22:43:00 | Ally Financial, P.O. Box 380901, Minneapolis, MN 55438-0901 |
| 4936199 | + | EDI: TSYS2 | Oct 20 2022 22:43:00 | Barclays Bank Delaware, 100 S West St, Wilmington, DE 19801-5015 |
| 4936200 | ^ | MEBN | Oct 20 2022 18:35:06 | Belden Jewelers/Sterling Jewelers, Inc, Attn: Bankruptcy, Po Box 1799, Akron, OH 44309-1799 |
| 4988044 | + | EDI: AIS.COM | Oct 20 2022 22:43:00 | CAPITAL ONE BANK (USA), N.A. - CABELA'S CLUB VISA, 4515 N Santa Fe Ave, Oklahoma City OK 73118-7901 |
| 4936201 | + | EDI: CAPITALONE.COM | Oct 20 2022 22:43:00 | Capital One, Attn: General Correspondence/Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 4950887 | | EDI: CAPITALONE.COM | Oct 20 2022 22:43:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 4936203 | + | EDI: CITICORP.COM | Oct 20 2022 22:43:00 | Citibank / Sears, Citicorp Credit Services/Attn: Centraliz, Po Box 790040, Saint Louis, MO 63179-0040 |
| 4987083 | | EDI: Q3G.COM | Oct 20 2022 22:43:00 | Citibank, N.A., c/o Quantum3 Group LLC, PO Box 280, Kirkland, WA 98083-0280 |
| 4936204 | + | EDI: CITICORP.COM | Oct 20 2022 22:43:00 | Citibank/Best Buy, Citicorp/Centralized Bankruptcy, Po Box 790040, Saint Louis, MO 63179-0040 |
| 4936205 | + | EDI: CITICORP.COM | Oct 20 2022 22:43:00 | Citibank/Sears, Citicorp Credit Srvs/Centralized Bankrup, Po Box 790040, Saint Louis, MO 63179-0040 |
| 4936206 | + | EDI: CITICORP.COM | Oct 20 2022 22:43:00 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, S |

| Recipient ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | Louis, MO 63179-0040 |
| 4936207 | + | EDI: WFNNB.COM | Oct 20 2022 22:43:00 | Comenity Bank/Bon Ton, Po Box 182125, Columbus, OH 43218-2125 |
| 4938133 | | EDI: DISCOVER.COM | Oct 20 2022 22:43:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 4936208 | + | EDI: DISCOVER.COM | Oct 20 2022 22:43:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 4936210 | | Email/Text: collecadminbankruptcy@fnni.com | Oct 20 2022 18:39:00 | First National Bank, Attn: FNN Legal Dept, 1620 Dodge St Mailstop Code 3290, Omaha, NE 68191 |
| 4936211 | | EDI: AMINFOFP.COM | Oct 20 2022 22:43:00 | Fst Premier, 601 S Minneapolis Ave, Sioux Falls, SD 57104 |
| 4936202 | | EDI: JPMORGANCHASE | Oct 20 2022 22:43:00 | Chase Card, Attn: Correspondence, Po Box 15298, Wilmington, DE 19850 |
| 4936213 | + | Email/Text: PBNCNotifications@peritusservices.com | Oct 20 2022 18:39:00 | Kohls/Capital One, Kohls Credit, Po Box 3043, Milwaukee, WI 53201-3043 |
| 4972329 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 20 2022 18:46:32 | LVNV Funding, LLC its successors and assigns as, assignee of Santander Consumer USA, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 4936214 | + | Email/Text: bk@lendingclub.com | Oct 20 2022 18:39:00 | Lending Club Corp, 71 Stevenson St, Suite 300, San Francisco, CA 94105-2985 |
| 4936215 | | Email/Text: camanagement@mtb.com | Oct 20 2022 18:39:00 | M & T Bank, Attn: Bankruptcy, 1100 Wehrle Dr 2nd Floor, Williamsville, NY 14221 |
| 4936217 | | Email/Text: camanagement@mtb.com | Oct 20 2022 18:39:00 | Partners Trust Bank, 1100 Wherle Drive./2nd Floor, Attn: Bankruptcy, Williamsville, NY 14221 |
| 4936216 | + | EDI: LCIPHHMRGT | Oct 20 2022 22:43:00 | Ocwen Loan Servicing, Llc, Attn: Research/Bankruptcy, 1661 Worthington Rd Ste 100, West Palm Bch, FL 33409-6493 |
| 4976658 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 20 2022 18:39:00 | PNC BANK N.A., PO BOX 94982, CLEVELAND, OHIO 44101 |
| 4936218 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 20 2022 18:39:00 | Pnc Bank, Attn: Bankruptcy, 249 5th Ave Ste 30, Pittsburgh, PA 15222 |
| 4970692 | | EDI: PRA.COM | Oct 20 2022 22:43:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 4936849 | + | EDI: RECOVERYCORP.COM | Oct 20 2022 22:43:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 4936221 | + | EDI: RMSC.COM | Oct 20 2022 22:43:00 | Syncb/Ashley Homestore, Po Box 965064, Orlando, FL 32896-5064 |
| 4936222 | + | EDI: RMSC.COM | Oct 20 2022 22:43:00 | Synchrony Bank/Care Credit, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 4936223 | + | EDI: RMSC.COM | Oct 20 2022 22:43:00 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 4936224 | + | EDI: RMSC.COM | Oct 20 2022 22:43:00 | Synchrony Bank/Old Navy, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 4982000 | | EDI: USBANKARS.COM | Oct 20 2022 22:43:00 | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, St. Louis MO 63166-0108 |
| 4936209 | | EDI: USBANKARS.COM | Oct 20 2022 22:43:00 | Elan Financial Service, Po Box 790084, Saint Louis, MO 63179 |
| 4936225 | + | Email/Text: bankruptcy@webbank.com | Oct 20 2022 18:39:00 | Webbank/Gettington, 215 S State St, Ste 1000, Salt Lake City, UT 84111-2336 |
| 4936226 | + | EDI: WFFC.COM | | |

| | | | |
|---|---|---|---|
| | | Oct 20 2022 22:43:00 | Wellsfargo, Attn: Bankruptcy, Po Box 9210, Des Moines, IA 50306-9210 |
| 4936227 | + EDI: CAPITALONE.COM | | |
| | | Oct 20 2022 22:43:00 | Worlds Foremost Bank N, 4800 Nw 1st St Ste 300, Lincoln, NE 68521-4463 |

TOTAL: 37

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 4936197 | | Ally, Payment Processing Center, P.O. Box 9001951, KY 40200-1951 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 4936219 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, Pnc Bank, Attn: Bankruptcy, 249 5th Ave Ste 30, Pittsburgh, PA 15222 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 22, 2022     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 20, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Adam Bradley Hall | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION amps@manleydeas.com |
| Brian C Nicholas | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Colleen Marie Metroka | on behalf of Debtor 1 John Bruce Chilson colleenmariem2022@icloud.com |
| Colleen Marie Metroka | on behalf of Debtor 2 Terry Lee Chilson colleenmariem2022@icloud.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 6

| | | | |
|---|---|---|---|
| **Information to identify the case:** | | | |
| Debtor 1 | John Bruce Chilson | Social Security number or ITIN | xxx–xx–1414 |
| | First Name   Middle Name   Last Name | EIN | _ _ – _ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Terry Lee Chilson | Social Security number or ITIN | xxx–xx–4455 |
| | First Name   Middle Name   Last Name | EIN | _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court | Middle District of Pennsylvania | | |
| Case number: | 5:17–bk–02563–MJC | | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

John Bruce Chilson
aka John B. Chilson

Terry Lee Chilson
aka Terry L. Chilson

10/20/22

**By the court:**

Mark J. Conway, United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- ♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- ♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- ♦ some debts which the debtors did not properly list;

- ♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- ♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- ♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- ♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**